UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of

JACQUELINE HABER
    ss# xxx-xx-7158                          Bankruptcy Case No. 11-60171
                                               Honorable Steven W. Rhodes
                                               Chapter 7

    Debtor.
_____/

**STIPULATION TO ORDER ADJOURNING 341 HEARING AND EXTENDING THE DEADLINE TO FILE ACTIONS PURSUANT TO 11 U.S.C. 523 AND 11 U.S.C. 727**

      The Trustee and the Debtor, by her undersigned counsel, stipulate to the entry of an Order Adjourning the Section 341 Hearing in this case from August 31, 2011 at 3:00 p.m. to September 21, 2011 9:00 a.m., and to an extension of the deadline to file actions pursuant to 11 U.S.C. §523 and 11 U.S.C. §727 to November 21, 2011, which is sixty days after the adjourned Section 341 meeting date. Debtor's counsel shall immediately provide notice of the entry of the Order to all interested parties and file a Certificate of Service.

Dated: August 8, 2011                              /s/ Timothy J. Miller, trustee
                                                                Timothy J. Miller (P 36951)
                                                                  64541 Van Dyke, Suite 101-B
                                                                  Washington Township, MI 48095
                                                                  (586) 281-3764
                                                                  tmiller@schneidermiller.com

                                                                  /s/ Robert B. Reizner
                                                                  Robert B. Reizner (P36760)
                                                                  Attorney for Debtor
                                                                  605 W. Michigan Avenue
                                                                  Jackson, Michigan 49201
                                                                  517 782-4922
                                                                  rob@reiznerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of

JACQUELINE HABER
    ss# xxx-xx-7158                                    Bankruptcy Case No. 11-60171
                                                               Honorable Steven W. Rhodes
                                                               Chapter 7

    Debtor.
_____/

**ORDER ADJOURNING 341 HEARING AND EXTENDING THE
DEADLINE TO FILE ACTIONS PURSUANT TO 11 U.S.C. 523 AND 11 U.S.C. 727**

      The Trustee and the Debtor, by her undersigned counsel, stipulated to the entry of this Order Adjourning the Section 341 Hearing in this case from August 31, 2011 at 3:00 p.m. to September 21, 2011 at 9:00 a.m., and to an extension of the deadline to file actions pursuant to 11 U.S.C. §523 and 11 U.S.C. §727 to November 21, 2011, which is sixty days after the adjourned Section 341 meeting date. Debtor's counsel shall immediately provide notice of the entry of this Order to all interested parties and file a Certificate of Service.

      The court being otherwise advised,

      IT IS SO ORDERED.