**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **11−60171−mbm**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Jacqueline Haber
  1844 Westbourne Court
  Chelsea, MI 48118

Social Security No.:
  xxx−xx−7158

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON MOTION TO DISMISS UNDER U.S.C. SECTION 707(b)

To: Mailing Matrix

**PLEASE TAKE NOTICE** that a Motion to Dismiss the Chapter 7 petition has been filed by the United States Trustee under U.S.C. Section 707(b). A response to the United States Trustee's Motion to Dismiss has been filed, and therefore, a hearing has been scheduled.

A hearing will be held on **November 8, 2011** at **09:00 AM** in the **Courtroom 1875, 211 West Fort Street Bldg., Detroit, MI 48226** . Only those parties in interest who have timely filed a written response will be heard.

Dated: 10/14/11

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT